# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDY L. MORRIS,<br><br>              Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. 1:14-cv-02048-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br><br>(Doc. 2) |

By motion filed December 22, 2014, Plaintiff Candy L. Morris seeks to proceed *in forma pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*.  The Clerk of Court is directed to issue new case documents.  Plaintiff's attorney is directed to serve the Commissioner.


IT IS SO ORDERED.

Dated:   **December 23, 2014**                    **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE

1